JAMES DAL BON #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST STREET, SUITE 210
SAN JOSE, CA 95113
(408)297-4729

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiffs,<br>vs.<br><br>Defendants | ) Case No:<br>)<br>)<br>)<br>)<br>) NOTICE OF CHANGE OF ADDRESS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

This is to notify the court and all parties that James Dal Bon changed his address from Dal Bon and Wang 12 South First Street #613, San Jose, CA 95113 to:

LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST STREET, SUITE 210
SAN JOSE, CA 95113
(408)297-4729

A substitution of attorney's form will follow shortly.

Dated:

_____jdb_____
James Dal Bon

Notice of Change of Address