Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
819 Bancroft Way
Berkeley, CA 94710
Ph (510) 845-5203
Fax (510) 868-0976
maureen@mcfaddenlaw.net

Attorney for Defendants
GUADALUPE LOPEZ AND ALREDO LOPEZ
DBA CHAVEZ MEAT MARKET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADRIANA CRUZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GUADALUPE LOPEZ dba CHAVEZ MEAT MARKET, GUADALUPE LOPEZ, and DOES 1-10,<br><br>　　　　Defendants. | Case No.: C07-05684 JW<br><br>**DECLARATION OF MAUREEN E. MCFADDEN RE INABILITY TO MEET AND CONFER RE ADR AND DISCOVERY; REQUEST FOR COURT GUIDANCE** |

I, Maureen E. McFadden, declare:

1. I am an attorney at law duly licensed to practice before this Court, and the owner of Law Offices of Maureen E. McFadden, counsel for Guadalupe Lopez and Alfredo Lopez dba Chavez Meat Market in this matter.

2. Within the last 10 days, I made multiple telephone calls to James Dal Bon, plaintiff's counsel, to meet and confer regarding ADR, discovery, and the joint cmc statement. Mr. Dal Bon was not in the office when I called, but I left messages with the person who

answered the phone identifying myself and the purpose of my call. Mr. Dal Bon has not returned any of my telephone calls.

3. Because I have been unable to make contact with Mr. Dal Bon, I was unable to submit the joint ADR certification due earlier this week, and anticipate being unable to file a joint cmc statement when that document is due.

4. Defendants Guadalupe Lopez and Alfredo Lopez dba Chavez Meat Market are agreeable to Early Neutral Evaluation for this case.

5. I request the Court's guidance on how to further proceed in light of my inability to make contact with plaintiff's counsel, Mr. Dal Bon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th date of March 2008 at Berkeley, California.

Maureen E. McFadden

DECLARATION OF MAUREEN E. MCFADDEN - 2