Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
819 Bancroft Way
Berkeley, CA 94710
Ph (510) 845-5203
Fax (510) 868-0976
maureen@mcfaddenlaw.net

Attorney for Defendants
GUADALUPE LOPEZ AND ALREDO LOPEZ
DBA CHAVEZ MEAT MARKET

James Dal Bon, SBN 157942
LAW OFFICES OF JAMES DAL BON
28 North 1st Street, Suite 210
San Jose, CA 9513

Attorneys for Plaintiff
ADRIANA CRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADRIANA CRUZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALFREDO LOPEZ dba CHAVEZ MEAT MARKET, GUADALUPE LOPEZ,<br><br>　　　　Defendants. | Case No.: C07-05684 JW<br><br>JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED ORDER~~ ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES |

The parties, by and through their respective counsel, hereby jointly submit this Case Management Conference Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

**1.    Jurisdiction and Service**

This court has federal question jurisdiction over this matter. The parties are unaware of any other parties remaining to be served.

## 2. Facts

Plaintiff Adriana Cruz alleges that defendants failed to pay her overtime, failed to provide adequate rest and meal periods, failed to provide properly itemized wage statements, and violated Business and Professions Code § 17200 et al. Defendant Alfredo Lopez dba Chavez Meat Market denies all claims. Guadalupe Lopez denies that she was plaintiff's employer.

## 3. Principal Factual Issues the Parties Dispute

1. Whether plaintiff was an employee of Guadalupe Lopez.

2. Whether plaintiff worked more than 8 hours in a day or 40 hours in a week for which she was not compensated.

3. Whether Alfredo Lopez dba Chavez Meat Market provided meal periods to plaintiff during her employment with Alfredo Lopez Chavez Meat Market.

4. Whether plaintiff's wage statements from Alfredo Lopez dba Chavez Meat Market were accurate and complete.

## 4. Principal Legal Issues the Parties Dispute

1. Whether Alfredo Lopez dba Chavez Meat Market violated California Labor Code § 501.

2. Whether Alfredo Lopez dba Chavez Meat Market violated the Fair Labor Standards Act.

3. Whether Alfredo Lopez dba Chavez Meat Market violated California Labor Code § 201.

4. Whether Alfredo Lopez dba Chavez Meat Market violated California Business and Professions Code § 17200.

5. Whether Alfredo Lopez dba Chavez Meat Market violated Labor Code § 226.

6. Whether Alfredo Lopez dba Chavez Meat Market violated Labor Code § 226.7

7. The scope, nature, extent and limitations on plaintiff's damages, if any.

**5.   Motions**

If not dismissed, defendant Guadalupe Lopez will file a motion for summary judgment, given that she was not plaintiff's employer. Defendant reserves the right to file a motion for summary judgment.

**6.   Amendment of Pleadings**

None contemplated at this time.

**7.   Consent to Magistrate Judge for all Purposes**

The parties consent to a magistrate judge for all purposes.

**8.   Disclosures**

The parties have agreed to extend by one week the time within which to make all disclosures required by Fed. Rule of Civil Proc. § 26(a)(1).

**9.   Discovery**

The parties agree that the discovery limitations in the Federal Rules of Civil Procedure will apply absent a stipulation or order to the contrary.

At a minimum, defendants intend to propound written discovery (requests for admission, special interrogatories, request for production) and take plaintiff's deposition.

**10.   ADR**

The parties agreed to court-sponsored mediation of this case, and filed a Stipulation and Order Selecting ADR Process on March 17, 2008.

**11.   Scheduling**

The parties propose the following schedule:

Fact discovery cutoff: August 1, 2008

Expert disclosure deadline: August 15, 2008

Deadline to file dispositive motions: September 15, 2008

Pre-trial conference: November 13, 2008

Trial: December 3, 2008

**12.    Trial**

Jury trial demanded by both parties, anticipated length 2-3 days.

DATED: March 24, 2008                    LAW OFFICES OF MAUREEN E. MCFADDEN

                                         By: _____
                                             Maureen E. McFadden

                                         Attorneys for Defendants
                                         GUADALUPE LOPEZ AND ALREDO LOPEZ
                                         DBA CHAVEZ MEAT MARKET

DATED: March 24, 2008                    LAW OFFICES OF JAMES DAL BON

                                         By: /s/ _____
                                             James Dal Bon

                                         Attorneys for Plaintiff
                                         ADRIANA CRUZ

IT IS SO ORDERED:

   The Court having reviewed the parties' joint case management statement finds the parties consent to proceed before a United States Magistrate Judge for all purposes. Based on that parties consent to proceed before a United States Magistrate Judge, the Court terminates all previously noted deadlines, hearing or motions. The Court hereby randomly refers the matter to a Magistrate Judge for all purposes.

The Clerk shall reassign this case to a Magistrate Judge.

Dated: March 28, 2008                    _____
                                         United States District Judge