**United States District Court**
For the Northern District of California

1
2
3                                                          **\*E-FILED 4/3/08\***
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                            SAN JOSE DIVISION
11   ADRIANA CRUZ,                               No. C 07-05684 RS
12              Plaintiffs,
13              v.                               CASE MANAGEMENT
                                                 SCHEDULING ORDER
14   ALFREDO LOPEZ, et al.,
                                                 [Reassigned Case]
15              Defendants.
     _____/
16
17          The above-entitled matter has been reassigned to the Honorable Judge Richard Seeborg for
18   trial and all further proceedings.
19          This case was scheduled for a case management conference on March 31, 2008 before the
20   Honorable Judge James Ware.  Pursuant to the Federal Rules of Civil Procedure and Local Rules of
21   this Court, the parties conferred and submitted a Joint Case Management Statement and Proposed
22   Order wherein they consented to proceed before a magistrate judge.  An order reassigning the case
23   to Magistrate Judge Richard Seeborg was filed on April 2, 2008.
24          Based on the parties' joint submission, it appears that a schedule for this case can be set
25   without the necessity of an appearance at this time.  Accordingly, the parties are ordered to comply
26   with the following schedule.
27
28

CASE MANAGEMENT SCHEDULING ORDER

**United States District Court**

For the Northern District of California

1    1.    ALTERNATIVE DISPUTE RESOLUTION

2         MEDIATION.  This matter was referred to mediation to be completed within ninety

3    days from March 28, 2008, if possible.  The parties shall promptly notify the Court whether the case

4    is resolved at the mediation.

5    2.    DISCOVERY.

6         On or before **August 1, 2008,** all non-expert discovery shall be completed by the

7    parties.  Any discovery requests pursuant to Rule 33-36 and 45, F.R.Civ.P. shall be served far

8    enough in advance so that responses to written discovery shall be due, as provided in said rules, no

9    later than the discovery completion date.  All depositions shall be concluded by the discovery

10   completion date.

11        Discovery shall be limited as follows: (a)  **ten (10)** depositions per party; (b) **twenty-**

12   **five (25)** interrogatories per party, including all discrete subparts; (c) a reasonable number of

13   requests for production of documents or for inspection per party; and (d) **twenty-five (25)** requests

14   for admission per party.

15   3.    EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions

16   shall proceed as follows:

17        A.  On or before **August 15, 2008,** plaintiff shall disclose expert testimony and

18   reports in accordance with Rule 26(a)(2), F.R.Civ.P.

19        B.  On or before **August 30, 2008,** defendant shall disclose expert testimony and

20   reports in accordance with Rule 26(a)(2), F.R.Civ.P.

21        C.  On or before **September 30, 2008,** all discovery of expert witnesses pursuant to

22   Rule 26(b)(4), F.R.Civ.P. shall be completed.

23   4.    PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to

24   Civil Local Rule 7.  All pretrial motions shall be **heard** no later than **October 22, 2008**.

25   5.    PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and

26   confer to discuss preparation of a joint pretrial statement and on or before **November 10, 2008,**

27   counsel shall file a Joint Pretrial Statement in accordance with the attached Standing Order re:

28   Pretrial Preparation.

**United States District Court**
For the Northern District of California

1    6.    <u>PRETRIAL CONFERENCE.</u>  The final pretrial conference will be held on

2    **November 19, 2008 at 2:30 p.m.**, in Courtroom 4 at the United States Courthouse, 280 S. First

3    Street, San Jose, California.   Each party or lead counsel who will try the case shall attend

4    personally.  Counsel shall comply with the attached Standing Order re: Pretrial Preparation.

5    7.    <u>TRIAL DATE.</u>   Jury trial shall commence on **December 8, 2008 at 9:00 a.m.**, in

6    Courtroom 4, United States Courthouse, San Jose, California.

7    **IT IS SO ORDERED.**

8    DATED:        April 3, 2008

9    _____

10   RICHARD SEEBORG
     United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8
9          **STANDING ORDER FOR FINAL PRETRIAL CONFERENCE**
10         **IN JURY CASES BEFORE MAGISTRATE JUDGE RICHARD SEEBORG**
11

12    **A.**    **Required Meeting and Disclosure Prior to Pretrial Conference**:  At

13    least 21 days before the final Pretrial Conference, lead counsel who will

14    try the case shall meet and confer with respect to:

15         1.    Settlement of the case;

16         2.    Preparation and content of the Joint Pretrial Statement and Order
                 in accordance with this Standing Order;
17

18         3.    Preparation and exchange of pretrial materials to be served and
                 lodged pursuant to Rule 26(a)(3) F.R. Civ. P. and this Standing
19               Order; and,

20         4.    Clarifying and narrowing the contested issues for trial in order to
                 achieve a just, speedy and efficient determination of the case.

21    **B.**    **Joint Pretrial Statement and Order:**  At least ten (10) days before the

22    Pretrial Conference, unless otherwise ordered, the parties shall lodge

23    and serve a Joint Pretrial Statement and Proposed Order containing the

24    following information:

25         1.    Substance of the Action.  A brief description of the parties, the
                 substance of claims and defenses that remain to be decided, and
26               the operative pleadings that raise the issues;

27         2.    Relief Prayed.  A detailed statement of all relief claimed,
                 particularly itemizing all elements of damages claimed;
28

---

United States District Court
For the Northern District of California

CASE MANAGEMENT SCHEDULING ORDER                                    4

**United States District Court**
For the Northern District of California

3.    <u>Amendments or Dismissals</u>.  A statement of proposed amendments to pleadings or dismissals of parties, claims or defenses;

4.    <u>Undisputed Facts</u>.  A plain and concise statement of all relevant facts to which the parties will stipulate for incorporation into the trial record without the necessity of supporting testimony or exhibits.  The parties shall exercise good faith in stipulating to facts that are not reasonably disputable;

5.    <u>Disputed Factual Issues</u>.  A plain and concise list of the issues of fact that are contested and remain to be litigated at trial;

6.    <u>Agreed Statement</u>.  A statement assessing whether all or part of the action may be presented upon an agreed statement of facts;

7.    <u>Stipulations</u>.  A statement of proposed stipulations or agreements that will expedite the presentation of evidence;

8.    <u>Witnesses to be Called</u>.  A list of all witnesses likely to be called at trial, other than solely for impeachment or rebuttal, together with a brief statement following each name describing the substance of the testimony to be given.  No party shall be permitted to call any witness in its case in chief that is not disclosed in its pretrial statement without leave of court for good cause;

9.    <u>Exhibits, Schedules and Summaries</u>.  A list of all documents and other items to be offered as exhibits at the trial, other than solely for impeachment or rebuttal, with a brief statement following each, describing its substance or purpose and the identity of the sponsoring witness;

10.    <u>Disputed Legal Issues</u>.  Without extended legal argument, a concise statement of each disputed point of law concerning liability or relief, citing supporting statues and decisions;

11.    <u>Pending Motions or Matters</u>.  A statement of any motions or matters that must be resolved prior to trial;

12.    <u>Bifurcation, Separate Trial of Issues</u>.  A statement of whether bifurcation or a separate trial of specific issues is feasible and desired;

13.    <u>Estimate of Trial Time</u>.  An estimate of the number of hours or days needed for the trial; and,

14.    <u>Miscellaneous</u>. Any other matters that will facilitate the just, speedy and efficient determination of the action.

**United States District Court**
For the Northern District of California

**C.** **Binding Effect of the Joint Pretrial Statement and Order:**  The Joint

Pretrial Statement and Order described above shall recite, directly

above the signature lines of each party, the following:

The foregoing admissions having been made by the parties, and the parties having specified the foregoing issues of fact and law remaining to be litigated, this order shall supplement the pleadings and govern the course of trial of this cause, unless modified to prevent manifest injustice.

**D.** **Preparation For Trial**

    1.   Exhibits:

        a.   At least (10) days before the final Pretrial Conference, the parties shall exchange copies of all exhibits, summaries, charts, and diagrams to be used at trial other than solely for impeachment or rebuttal.

        b.   Each exhibit shall be premarked for identification.   Counsel shall meet and confer and reach agreement upon a method for marking exhibits (for example, Plaintiff shall use numbers and Defendant shall use letters, or Plaintiff shall use numbers 100-199 and Defendant shall use numbers 200-299, etc.).

        c.   Unless otherwise ordered, at least five (5) days prior to the commencement of trial the parties shall deliver three sets of all premarked exhibits contained in three ring binders to the judge's deputy clerk.

        d.   No party shall be permitted to offer any exhibit at trial that is not disclosed in its pretrial statement without leave of court for good cause, unless it is offered solely for impeachment or rebuttal.

    2.   Motions in Limine:   Unless otherwise ordered, the parties shall file and serve any motions in limine at least ten (10) days before the final Pretrial Conference, and any oppositions thereto at least three (3) days before the final Pretrial Conference.  Ordinarily, these motions will be deemed submitted without oral argument.

    3.   Deposition and Discovery Designations:  Unless otherwise ordered, at least five (5) days before the commencement of trial, the parties shall file and serve any excerpts of deposition testimony or other discovery to be offered at trial, other than solely for impeachment or rebuttal.  (A copy of the designated deposition testimony with page and line references, or the interrogatory response or admission shall be provided).  Any objections to the use of designated excerpts and any counter-designations of deposition testimony shall be filed and served prior to the commencement of trial.

**United States District Court**
For the Northern District of California

1

2

3    4.    <u>Jury Materials</u>:

4        a.    Unless otherwise ordered, at least five (5) days prior to the pretrial conference, the parties shall file and serve:

5            (1)    Jury Voir Dire Questions;

6            (2)    Proposed Jury Instructions; and

7            (3)    Proposed Jury Verdict Forms.

8        b.    Ordinarily, the court will give the standard preliminary jury instructions contained in the <u>Model Jury Instructions of the Ninth Circuit</u> prior to opening statements and will give the standard closing instructions in the <u>Model Jury Instructions of the Ninth Circuit</u> before closing arguments.

9        c.    As to substantive case specific instructions, the parties shall meet and confer and submit <u>jointly</u> an agreed set of instructions, using the <u>Model Jury Instructions of the Ninth Circuit</u> where appropriate.  In the event the parties are unable to agree to the language of a particular instruction, the objecting party shall submit a written objection or an alternative proposed instruction placed in sequence immediately following the disputed instruction.  The joint set of jury instructions shall be submitted in hard copy as well as via email to bernie_kunkel@cand.uscourts.gov.

15    5.    <u>Trial Briefs</u>:  Trial briefs are optional, but any party wishing to file a trial brief must do so not less than five (5) days prior to the commencement of trial.

17

18    IT IS SO ORDERED.

19    DATED:    ___October 23, 2001___

20

21                    /s/ Richard Seeborg_____
                    RICHARD SEEBORG
22                    United States Magistrate Judge

23

24

25

26

27

28

CASE MANAGEMENT SCHEDULING ORDER                                    7

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James Dal Bon    jdblaw@earthlink.net

Maureen Elizabeth McFadden    maureen@mcfaddenlaw.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: April 3, 2008

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

United States District Court
For the Northern District of California

CASE MANAGEMENT SCHEDULING ORDER    8