# LAW OFFICES OF MAUREEN E. MCFADDEN

---

819 Bancroft Way
Berkeley, CA 94710
www.mcfaddenlaw.net

April 16, 2008

Ph (510) 845-5203
Fax (510) 868-0976
maureen@mcfaddenlaw.net

The Honorable Richard Seeborg
Magistrate Judge
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Cruz v. Chavez Meat Market*
              United States Northern District Case No. 07-05684

Dear Judge Seeborg:

    This firm represents defendants Alfredo Lopez dba Chavez Meat Market and Guadalupe Lopez in the above-referenced matter.

    We are in receipt of your Case Management Scheduling Order, assigning a December 8, 2008 trial date. Defense counsel is not currently available on December 8, 2008, due to a trial set to commence on that same date in another U.S. Northern District case, No. C07-03532. On behalf of defendants, we respectfully request that the trial date be continued to a date in the first several weeks of January 2009. We attempted to meet and confer with plaintiff's counsel Dal Bon about a potential new trial date, but he did not return phone calls.

    We would be grateful if the Court and plaintiff's counsel would accommodate this request.

              Very Truly Yours,

               LAW OFFICES OF MAUREEN E. MCFADDEN

               Maureen E. McFadden

cc.    James Dal Bon, Esq.