ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

June 10, 2008

James Dal Bon
The Law Offices of James Dal Bon
28 North 1st Street, Suite 210
San Jose, CA 95113
408-297-4729

Maureen Elizabeth McFadden
Law Offices of Maureen E. McFadden
819 Bancroft Way
Berkeley, CA 94710
510-845-5203

Re:  Cruz v. Lopez
     Case No. C 07-05684 RS MED

Dear Counsel:

The ADR Program would like to convene a conference call with one of our legal saff to discuss the Mediation. We scheduled his for **Wednesday, June 18, 2008 at 9:30 a.m. PDT.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator