Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
819 Bancroft Way
Berkeley, CA 94710
Ph (510) 845-5203
Fax (510) 868-0976
maureen@mcfaddenlaw.net

Attorney for Defendants
GUADALUPE LOPEZ AND ALREDO LOPEZ
DBA CHAVEZ MEAT MARKET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADRIANA CRUZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ALFREDO LOPEZ dba CHAVEZ MEAT MARKET, GUADALUPE LOPEZ, and DOES 1-10,<br><br>    Defendants. | Case No.: C07-05684 JW<br><br>**DEFENDANTS' REQUEST FOR CASE MANAGEMENT/SCHEDULING CONFERENCE** |

Defendants Guadalupe Lopez and Alfredo Lopez dba Chavez Meat Market hereby request that the court set a case management/scheduling conference in this case. This conference is necessary because the Court unilaterally set a trial date upon which defense counsel is not available. Defense counsel previously notified the Court of her unavailability on the scheduled trial date. Additionally, due to delays in completing necessary discovery, the parties will be unable to complete mediation by the end of June 2008, as required by this Court. Defendants request until the end of July 2008 to complete the mediation.

DATED: June 10, 2008          LAW OFFICES OF MAUREEN E. MCFADDEN

                              By: _____
                                  Maureen E. McFadden

                              Attorneys for Defendants
                              GUADALUPE LOPEZ AND ALREDO LOPEZ
                              DBA CHAVEZ MEAT MARKET