**\*E-FILED 6/13/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADRIANA CRUZ, | No. C 07-05684 RS |
| Plaintiffs, | ORDER |
| v. | |
| ALFREDO LOPEZ, et al., | |
| Defendants. | |

The parties shall complete mediation by July 31, 2008, if possible. The parties shall promptly notify the Court whether the case is resolved at the mediation.

A case management conference shall be held on **August 20, 2008 at 2:30 p.m.** An updated joint case management conference statement shall be filed no later than August 13, 2008.

**IT IS SO ORDERED.**

DATED: June 13, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER