FILED

JUL 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Cruz,

    Plaintiff(s),

    v.

Lopez,

    Defendant(s).

No. C 07-05684 RS MED

**Certification of ADR Session**

_Instructions_: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 7/22/08

2. Did the case settle?    ☒ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: 7/22/08

_[signature]_

Mediator, John E. F. DiNapoli
DiNapoli & Sibley
Ten Almaden Boulevard Suite 1250
San Jose, CA 95113

**Certification of ADR Session**
07-05684 RS MED