**\*E-FILED\***
**August 1, 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADRIANA CRUZ, | No. C 07-05684 RS |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| ALFREDO LOPEZ, et al. | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **October 1, 2008**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 8, 2008 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: August 1, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James Dal Bon     jdblaw@earthlink.net

Maureen Elizabeth McFadden     maureen@mcfaddenlaw.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: August 1, 2008

                                                /s/ BAK
                                                Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California