*IT IS SO ORDERED*
*Judge Richard Seeborg*

JAMES DAL BON
CA BAR #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408)297-4729
FAX (408)297-4728

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ADRIANA CRUZ

        Plaintiffs,

  vs.

GUADALUPE POPEZ dba CHAVEZ MEAT MARKET, and DOES 1-10

        Defendants,

Case No: 07-05684 JW

VOLUNTARY DISMISSAL RULE OF FEDERAL CIVIL PROCEDURE 41(a)(1)(ii)

1)   The parties having entered into a settlement agreement on   July 2008   , hereby stipulated to dismiss their case under Federal Rule of Civil Procedure 41(a)(1)(ii).

with prejudice.

Voluntary Dismissal - 1

1  Dated:

2
3   [signature]    Digitally signed by
                   James Dal Bon
                   Date: 2008.08.20
4                  12:46:16 -07'00'

5  James Dal Bon for the Plaintiff

6  Law Offices of James Dal Bon

7

8

9  Dated:

10

11

12
   [signature]
13

14

15 Maureen McFadden
   Law Offices of Maureen E. McFadden
16

17

18

19

20

21

22

23

24

25

Voluntary Dismissal - 2